■ EMANUELE SALLEMI et al., Respondents, v ANDREW D. LEVINE et al., Appellants.—Appeal by the defendants from an order of the Supreme Court, Suffolk County, entered March 9, 1987.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Underwood in the Supreme Court. Thompson, J. P., Brown, Lawrence and Weinstein, JJ., concur.